UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
11-cv-416 (PJS/JJK)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ex rel., Andrew Ellis, Harriet Ellis, ) <br> and Michael W. Blodgett, ) <br> ) <br> Plaintiff-Relators, ) <br> ) <br> v. ) <br> ) <br> City of Minneapolis et al., ) <br> ) <br> Defendants. ) | **ORDER** |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The Complaint be unsealed and served upon the Defendants by the relators;

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the Defendants, except for this Order, the Relators' motion to amend the Complaint and proposed Amended Complaint, and the United States' Notice of Election to Decline Intervention;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States as provided in 31 U.S.C. §

3730(c)(3). The United States may order any deposition transcript in this case and is entitled to intervene in this action, for good cause, at any time;

    5.      The parties shall serve all notices of appeal upon the United States;

    6.      All orders of this Court shall be sent to the United States; and

    7.      Should the relators or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

    IT IS SO ORDERED,

    This 21st day of June, 2012.

    s/Patrick J. Schiltz
    Patrick J. Schiltz
    United States District Judge