UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of American, ex rel.<br>Michael W. Blodgett,<br>　　　　Relator<br>And<br><br>City of Minneapolis, a municipal corporation;<br>City of St. Paul, a municipal corporation; Metropolitan<br>Council (community development entity and/or consortium<br>Twin Cities metro region) each as an entity requesting and<br>receiving and/or supervising HUD CDBG, HOME and<br>other federal funds, John and Jane Does; individually,<br>jointly and severally,<br>　　　　Defendants | Court File No. 11-cv-416 (PJS/JJK) |

NOTICE OF APPEARANCE

TO:  The Court and Counsel of Record

PLEASE TAKE NOTICE that Mitchell R. Hadler and May C. Yang of the Law Office of Mitchell R. Hadler, hereby enters its Notice of Appearance as counsels for the Relator, Michael W. Blodgett.  The Defendants are requested to serve copies of all pleadings, motions, and notices in the above-captioned case on the undersigned.

Dated:  July 26, 2012                                     Respectfully submitted,


LAW OFFICE OF MITCHELL R. HADLER

_____
May C. Yang
MN Atty. #0389166
LAW OFFICE OF MITCHELL R. HADLER
701 Fourth Avenue South, Ste. 500
Minneapolis, MN 55415
(612) 414-7361/(612) 222-4260
Direct dial-(651) 408-5558
ATTORNEY FOR PLAINTIFF