## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, ex rel, Andrew Ellis and Harriet Ellis, | Case Number: 11-CV-416 (PJS/TNL) |
| Relators, | |
| vs. | **DEFENDANT CITY OF SAINT PAUL'S NOTICE OF HEARING ON MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT** |
| City of Minneapolis, a municipal corporation, and City of Saint Paul, a municipal corporation, | |
| Defendants. | |

TO: Relators Andrew Ellis and Harriet Ellis and their attorney John R Shoemaker, Shoemaker and Shoemaker, International Plaza, Suite 200, 7900 International Drive, Bloomington, MN 55425; and Defendant City of Minneapolis and their attorneys, Tracey N. Fussy and Sara J. Lathrop, City Hall, Room 210, 350 South Fifth Street, Minneapolis, MN 55415.

PLEASE TAKE NOTICE that the Defendant City of Saint Paul, by and through the undersigned counsel, will bring the attached motion on for hearing before the Honorable Judge Tony N. Leung on December 10, 2013, at 9:00 a.m. in Suite 342 of the Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, Saint Paul, Minnesota.

| | |
|---|---|
| Dated: October 16, 2013 | SARA R. GREWING<br>City Attorney<br><br>*s/ Judith A. Hanson*<br>JUDITH A. HANSON, #207408<br>Assistant City Attorney<br>Telephone: (651) 266-8727<br>*judy.hanson@ci.stpaul.mn.us*<br>PORTIA HAMPTON-FLOWERS, #210869<br>Deputy City Attorney<br>Telephone: (651) 266-8774<br>*portia.flowers@ci.stpaul.mn.us*<br>750 City Hall and Court House<br>15 West Kellogg Boulevard<br>Saint Paul, MN 55102<br>*Attorneys for Defendant City of Saint Paul* |