## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **United States of America, ex rel. Andrew Ellis, Harriet Ellis,** | **COURT FILE NO. 11-CV-416 PJS/TNL** |
| **Plaintiff,** | |
| vs. | **DEFENDANT MINNEAPOLIS' MOTION TO DISMISS** |
| **City of Minneapolis, a municipal corporation; City of St. Paul, a municipal corporation; Metropolitan Council (community development entity and/or consortium Twin Cities metro region) each as an entity requesting and receiving and/or supervising HUD CDBG, HOME and other federal funds, John and Jane Does; individually, jointly and severally;** | |
| **Defendant** | |

Defendant City of Minneapolis hereby moves the Court for an order dismissing Relator Ellis' Second Amended Complaint against it for failure to state a claim upon which relief may be granted, or, in the alternative, granting summary judgment on the following grounds:

1. The First Amended Complaint fails to the state a claim upon which relief can be granted against the Defendant; and
2. This Court lacks jurisdiction over this matter;

This motion is made pursuant to Fed. R. Civ. P. 12 and/or Rule 56 in the alternative, and is based upon all files, records and proceedings herein, including Defendant's memorandum of law and/or other documents which will be timely filed within the time frames established by this Court's Local Rules.

Dated: 10-16-2013  SUSAN L. SEGAL
City Attorney
By
S/ TRACEY FUSSY
TRACEY N. FUSSY
Assistant City Attorney
Attorney Reg No. 311807
Attorneys for Defendants
City Hall, Room 210
350 South 5th Street
Minneapolis, MN  55415