## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **United States of America, ex rel. Michael W. Blodgett** | **COURT FILE NO. 11-CV-416 (PJS/TNL)** |
| **Plaintiff,** | |
| vs. | **DEFENDANT MINNEAPOLIS' NOTICE OF ON HEARING ON MOTION TO DISMISS** |
| **City of Minneapolis, a municipal corporation; City of St. Paul, a municipal corporation; Metropolitan Council (community development entity and/or consortium Twin Cities metro region) each as an entity requesting and receiving and/or supervising HUD CDBG, HOME and other federal funds, John and Jane Does; individually, jointly and severally;** | |
| **Defendant** | |

TO:   Plaintiffs and their counsel of record.

PLEASE TAKE NOTICE that the hearing on Defendant City of Minneapolis' motion to dismiss and/or for summary judgment will be heard on December 10, 2013 at 9:00 AM, before the Honorable Judge Tony Leung.  This hearing will take place in the St. Paul, United States Courthouse, Ste. 342, 316 N. Robert St., St. Paul, Minnesota.

Dated: 10-16-2013                                         SUSAN L. SEGAL

City Attorney
By

S/TRACEY FUSSY
TRACEY N. FUSSY
Assistant City Attorney
Attorney Reg No. 311807
Attorneys for Defendants
City Hall, Room 210
350 South 5th Street
Minneapolis, MN  55415