UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **United States of America, ex rel. Michael W. Blodgett** | **COURT FILE NO. 11-CV-416 (PSS/TNL)11-CV-416 PJS/TNL** |
| **Plaintiff,** | |
| vs. | **MEET AND CONFER STATEMENT** |
| **City of Minneapolis, a municipal corporation; City of St. Paul, a municipal corporation; Metropolitan Council (community development entity and/or consortium Twin Cities metro region) each as an entity requesting and receiving and/or supervising HUD CDBG, HOME and other federal funds, John and Jane Does; individually, jointly and severally;** | |
| **Defendant** | |

I, Tracey Fussy, representing the Defendant City of Minneapolis, hereby certify that:

I attempted to met and confer with the opposing party by:

Emailing John R. Shoemaker, attorney for Plaintiffs Andrew Ellis and Harriet Ellis, on October 16, 2013, to discuss the following motion:
Defendants' Motion to Dismiss.

I was unable to meet with him before the filing of the motion papers. Accordingly, the parties: (Check the box that applies.)

X    Do not agree on the resolution of any part of the motion.

__ Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Dated: 10-16-2013            SUSAN L. SEGAL
                        City Attorney
                        By
                         S/TRACEY FUSSY
                        TRACEY N. FUSSY
                        Assistant City Attorney
                        Attorney Reg No. 311807
                        Attorneys for Defendants
                        City Hall, Room 210
                        350 South 5th Street
                        Minneapolis, MN  55415

2